Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 22 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

BRADY BAUGHMAN,

    Defendant.

2:22-CR-72-MKD

INDICTMENT

Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)
Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine
(Count 1)

21 U.S.C. § 841(a)(1), (b)(1)(A)(vi)
Possession with Intent to Distribute 400 Grams of Fentanyl
(Count 2)

21 U.S.C. § 853
Forfeiture Allegations

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about February 6, 2022, in the Eastern District of Washington, the Defendant, BRADY BAUGHMAN, knowingly possessed with intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 2

On or about February 6, 2022, in the Eastern District of Washington, the Defendant, BRADY BAUGHMAN, knowingly possessed with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, the Defendant, BRADY BAUGHMAN, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any

property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED: this 22nd day of June, 2022.

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*[signature]*
Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 3