Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Lisa Cartier-Giroux
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No.: 2:22-cr-00072-MKD-1 |
| v. | |
| BRADY BAUGHMAN, | Notice of Appearance of Counsel For The United States as Additional Counsel |
| Defendant. | |

Plaintiff, United States of America, by and through Vanessa R. Waldref United States Attorney for the Eastern District of Washington, and Lisa Cartier-Giroux, Assistant United States Attorney for the Eastern District of Washington, hereby enters this Notice of Appearance on behalf of the United States of America as additional counsel.

Dated: February 29, 2024.

Vanessa R. Waldref
United States Attorney

*S/ Lisa Cartier-Giroux*
Lisa Cartier-Giroux
Assistant United States Attorney

Notice Of Appearance Of Counsel For The United States – 1

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Counsel of record.

                            *S/ Lisa Cartier-Giroux*
                            Lisa Cartier-Giroux
                            Assistant United States Attorney